AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kevin White,<br>*Plaintiff*<br>v.<br><br>Simon Major, Director; Daryl F. McGhaney, Asst. Director/Major, Sumter-Lee Regional Detention Center; and Lt. McMillian, Lieutenant/Classification Officer, Sumter-Lee Regional Detention Center,<br>*Defendants* | Civil Action No.   0:15-cv-00528-GRA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Kevin White, shall take nothing of the defendants, Simon Major, Daryl F. McGhaney, and Lt. McMillian, from the complaint filed and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable G. Ross Anderson, Jr., Senior United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismissed the complaint without prejudice.

Date:  March 26, 2015                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                        s/G. Mills
                                                        *Signature of Clerk or Deputy Clerk*